NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-997

STATE OF LOUISIANA

VERSUS

J. T.

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 03-K-3185-C,
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter, Judges.

AFFIRMED.

Earl B. Taylor
District Attorney
Alisa Ardoin Gothreaux
Assistant District Attorney
Post Office Drawer 1968
Opelousas, Louisiana  70571-1968
(337) 948-0551
Counsel for:
        State of Louisiana

Carey J. Ellis, III
Louisiana Appellate Project
Post Office Box 719
Rayville, Louisiana  71269-0719
(318) 728-2043
Counsel for Defendant/Appellant:
        J. T.